```
 1  J. TONY SERRA, SBN 32639
    ANNA LING, SBN 196023
 2  506 Broadway
    San Francisco CA 94133
 3  Telephone: 415/986-5591
    Attorneys for Defendant
 4  EDWARD PARK
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>EDWARD PARK,<br><br>    Defendant.<br>_____/ | CR 05-00375 SI<br><br>STIPULATION AND ORDER MODIFYING CONDITIONS OF RELEASE |

    THE PARTIES HEREBY STIPULATE AND AGREE that the conditions of pretrial release for Defendant EDWARD PARK be modified so as to terminate his electronic monitoring conditions. All other conditions previously imposed will remain the same.

    Assistant United States Attorney Andrew Scoble and Pretrial Services Officer Richard Sarlatte advised defense counsel that they have no objection to said modification.

Dated: January 11, 2006           Dated:

/s/ ANNA LING                      /s/ ANDREW M. SCOBEL
ANNA LING                            ANDREW M. SCOBLE
Attorney for Defendant Park    Assistant U.S. Attorney

**IT IS SO ORDERED.**

Dated: 1/17/06

_____
HONORABLE NANDOR J. VADAS
U.S. MAGISTRATE JUDGE

PIER 5 LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
FAX: (415) 421-1331