IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>EDWARD PARK, et al.,<br><br>    Defendants.<br>                                                          / | No. CR 05-00375 SI<br><br>**ORDER DENYING DEFENDANT'S MOTION FOR RECONSIDERATION** |

    Defendant Park has filed a motion for reconsideration of the Court's March 20, 2006 order denying his motion to dismiss on the ground of selective prosecution. Park seeks reconsideration based on "newly discovered evidence," namely the discovery that in October 2005, San Francisco Police Department Inspector Martinovich allegedly referred to defendant Iris Tam as a "dragon lady" while he was talking to attorneys Sara Zalkin and Shari Greenberger. *See* Zalkin Decl. Defendant argues that Martinovich's use of this derogatory term is evidence of the invidious and discriminatory nature of the federal prosecution of this case.

    The Court finds that there is no basis to reconsider the prior order. Even assuming that Martinovich made the statement attributed to him, "the proper focus in discriminatory prosecution cases is on the ultimate decision-maker." *United States v. Gomez-Lopez*, 62 F.3d 304, 306 (9th Cir. 1995). Here, the United States Attorney's Office made the decision to prosecute Park and the other defendants; "the ultimate decision to prosecute is several steps removed" from Inspector Martinovich's involvement. *Id.*; *see also United States v. Spears*, 159 F.3d 1081, 1087 (7th Cir. 1999) ("[I]t is well settled that the actions of an investigating agency will not be imputed to a federal prosecutor."); *United States v. Marshall*, 56 F.3d 1210, 1211-12 (9th Cir. 1995) (focusing question of discovery in selective

prosecution motion on United States Attorney's decision to prosecute). Accordingly, the Court DENIES defendant's motion. (Docket Nos. 476, 487, 491, and 502).

**IT IS SO ORDERED.**

Dated: October 30, 2006

SUSAN ILLSTON
United States District Judge