**United States District Court**
For the Northern District of California

1

2

3

4

5             IN THE UNITED STATES DISTRICT COURT

6            FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8    UNITED STATES OF AMERICA,                    No. C 05-0375 SI

9              Plaintiff,                         **ORDER RE: DEFENDANT PARK'S**
                                                  **DISCOVERY MOTIONS**
      v.
10
     EDWARD PARK, et al.,
11
               Defendants.
12                                            /

13

14          On October 27, 2006, the Court heard oral argument on various discovery motions filed by

15   defendant Park, and joined by various co-defendants.  (Docket Nos. 478-481, 487, 491, 502, and 547).

16   For the most part, the parties are in agreement regarding the general types of information to be

17   produced, and instead the dispute centers on the timing of the discovery.  The Court directs the parties

18   to meet and confer regarding a reasonable schedule for disclosure of such information; the Court finds

19   unreasonable both defendant's request that the material be produced immediately, and the government's

20   offer to provide such information 30 days before trial.  If the parties are unable to agree on a schedule,

     the Court will set a schedule at the December 15, 2006 status conference.
21
            With regard to defendant's *Henthorn* motion, the government has agreed that it will review the
22
     personnel files of all federal agents and all state agents who are "cross-designated," and produce to
23
     defendant all *Henthorn* material.  At the hearing, the government also agreed to search for any separate
24
     federal personnel files maintained for state agents who are not "cross-designated" but who have worked
25
     with federal agencies.  With respect to personnel files of state law enforcement agents that are solely
26
     within the custody and control of state agencies, defendant may serve Rule 17 subpoenas prior to trial.
27
     The Court DENIES defendant's request for an *in camera* review of the personnel files, finding that
28

United States District Court

For the Northern District of California

1  defendant has made no showing that such a review is warranted.  The government has also agreed to

2  preserve federal and state agents' "rough notes" regarding this investigation as of the date Park's motion

3  for preservation was filed.

4        The Court finds it unnecessary to determine in the abstract whether any particular type of

5  information is discoverable.  If specific disputes arise concerning the government's obligation to

6  produce specific documents or information, defendant (or defendants) may file an appropriate motion.

7        **IT IS SO ORDERED.**

8

9  Dated: October 30, 2006

          SUSAN ILLSTON

10            United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2