1  J. TONY SERRA, SBN 32639
   ANNA LING, SBN 196023
2  506 Broadway
   San Francisco CA 94133
3  Telephone: 415/986-5591

4  Attorneys for Defendant
   EDWARD PARK

8              UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF CALIFORNIA
9                  SAN FRANCISCO DIVISION

11 UNITED STATES OF AMERICA,
                                        CR 05-375 SI
12         Plaintiff,
                                        STIPULATION AND ORDER ALLOWING
13     v.                               TEMPORARY RECONVEYANCE OF
                                        PROPERTY POSTED FOR BOND
14 EDWARD PARK,

15         Defendant.
                                   /
16

17     IT IS HEREBY STIPULATED by and between the parties that the
18 following property, currently posted for defendant Park's bond,
19 be temporarily reconveyed for 70 days (from the date of filing
20 of the reconveyance) so that the property owners can re-finance
21 said property.  Thereafter, after re-financing, the parties
22 further stipulate that said property be posted again for Mr.
23 Park's bond.  The property at issue is owned by Mr. Park's
24 sister and brother-in-law, Lisa and Thomas Won, and located at
25 34563 Falls Terrace, Fremont, California.
26     Further, counsel for Mr. Park has spoken with Betty Kim of
27 Pretrial Services on or about June 26, 2007, and informed Ms.
28 Kim of the above request.  Ms. Kim indicated that Mr. Park has

1  been fully compliant with his terms and conditions of pre-trial
2  release and she had no objection to reconveyance of the
3  property.
4  Dated: July 27, 2007

/s/ ANDREW SCOBLE                        /s/ ANNA LING
ANDREW SCOBLE                            ANNA LING
Assistant U.S. Attorney                  Attorney for Defendant
                                         EDWARD PARK

**IT IS SO ORDERED.**

Dated: July 30, 2007

_____
SUSAN ILLSTON, Judge
United States District Court

**LAW OFFICES**
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331

2