```
 1
 2
 3
 4
 5
 6                      UNITED STATES DISTRICT COURT
                       NORTHERN DISTRICT OF CALIFORNIA
 7                          SAN FRANCISCO DIVISION
 8
 9  UNITED STATES OF AMERICA,
10          Plaintiff,                    CR 05-375 SI
11      v.                                TRAVEL ORDER
12  EDWARD PARK,
13          Defendant.
                                     /
14
15      Upon request of defendant, and good cause appearing,
16      IT IS HEREBY ORDERED that Edward Park may travel to Lake
17  Tahoe on February 13-14, 2009.  He is to provide Pretrial
18  Services with a detailed itinerary and have it approved before
19  he travels.
20      Dated:
21
22                              _____
                                SUSAN ILLSTON, Judge
23                              United States District Court
24
25
26
27
28
```

LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331