UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                     CR 05-375 SI

  v.                                TRAVEL ORDER

EDWARD PARK,

    Defendant.
_____/

    Upon request of defendant, and good cause appearing,

    IT IS HEREBY ORDERED that Edward Park may travel to southern California on March 22-25, 2009. He is to provide Pretrial Services with a detailed itinerary and have it approved before he travels.

    Dated:

_____
SUSAN ILLSTON, Judge
United States District Court